IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL O. ROBERTS                                                           PLAINTIFF

VS.                                                       CIVIL ACTION NO. 4:07cv71 TSL-LRA

MICHAEL J. ASTRUE, COMMISSIONER                                 DEFENDANT
OF SOCIAL SECURITY

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of the United States magistrate judge entered in this cause, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED, this the  9th  day of  September,  2008.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE